

**Timothy Edward FLOOD, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2010–3023.

United States Court of Appeals, Federal Circuit.

March 4, 2010.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Danial C. AYERS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2010–3068.

United States Court of Appeals, Federal Circuit.

March 4, 2010.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Brigette D. BARFIELD, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2010–3015.

United States Court of Appeals, Federal Circuit.

March 4, 2010.

Ariel E. Solomon, Tully Rinckey, PLLC, Albany, NY, for Petitioner.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Rajiv SHAH, Administrator, U.S. Agency for International Development, Appellant,**

v.

**BEARINGPOINT, INC., Appellee.**

No. 2010–1187.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Robert A. Roberts III, Wiley Rein, LLP, Washington, DC, for Appellee.

Domenique Kirchner, Department of Justice, Washington, DC, for Appellant.

**DUCTCAP PRODUCTS, INC., Plaintiff–Appellant,**

v.

**J & S FABRICATION, INC., Defendant–Appellee,**

and

**Randy W. Smith, Defendant.**

No. 2010–1158.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Jeffrey C. Brown, Jeffrey C. Brown, PLLC, Minneapolis, MN, for Plaintiff–Appellant.

Robert J. Gilbertson, Greene, ESPEL, P.L.L.P., Minneapolis, MN, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

### ORDER

The parties having so agreed, it is